IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO: 1:21-789 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| KELSEY LEIGH CURLES | ) | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, KELSEY LEIGH CURLES, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

__Columbia_____, South Carolina
November _18_, 2021

I SO MOVE:

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By: s/Elliott B. Daniels
    Elliott B. Daniels (#11931)
    Assistant United States Attorney
    151 Meeting Street
    Post Office Box 978
    Charleston, South Carolina 29402
    Telephone: (843) 727-4381
    Email Address: Elliott.Daniels@usdoj.gov