# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### AIKEN DIVISION

UNITED STATES OF AMERICA

vs.

Kelsey Leigh Curles ▮▮▮▮▮▮▮▮▮▮     C/R 1:21-789

### PLEA

The Defendant, Kelsey Leigh Curles ▮▮▮▮▮▮▮▮▮▮ acknowledges receipt of a copy of the INFORMATION and after arraignment pleads  NOT GUILTY  in open court.

_____
(Signed)    Defendant

Columbia, South Carolina

Nov 18, 2021