UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.     1:21-CR-00789 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| KELSEY LEIGH CURLES | ) | |

NOTICE OF APPEARANCE

Elle E. Klein, Assistant United States Attorney, hereby gives notice to this Court that she is counsel for the United States in the above-captioned case.

Respectfully submitted,

M. RHETT DeHART
ACTING UNITED STATES ATTORNEY


By s/   *Elle E. Klein*
         Elle E. Klein, ID No. 12941
         Assistant United States Attorney
         1441 Main Street, Suite 500
         Columbia, South Carolina 29201
         (803) 929-3000
         (803) 254-2943 (facsimile)
         elle.klein@usdoj.gov

November 19, 2021