IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 1:21-cr-00789 |
| v. | |
| **KELSEY LEIGH CURLES** | |

**Motion to Redact Alias from Filed Documents**

The United States of America, by and through the undersigned counsel, hereby moves this Court for an Order Redacting Kelsey Leigh Curles' ("Curles") alias from documents filed on the public docket.   In support of that request, the Government would make the following showing:

1. That on November 19, 2021 Curles was charged by way of Information with Stalking in violation of Title 18, United States Code, Section 2261A(2)(A) and (B).

2. That the alias as it is now included in the Information, in other filed documents, and in other documents that are anticipated to be filed, including the arrest warrant return, contain an alias that may seriously jeopardize ongoing investigations;

3. That the Court has inherent powers to seal documents filed on the public docket or take more measured approaches where appropriate, See *Baltimore Sun v. Goetz*, 886 F. 2d 60 (4th Cir. 1988); *Media General Operations, Inc. v. Buchanan*, 417 F.3d 424 (4th Cir. 2005); *In re Application of the United States for an Order Pursuant to 18 U.S.C. § 2703(d)*, 707 F.3d 283, 292-95 (4th Cir. 2013);

4. That the proposed redactions are narrowly tailored to serve the above ends, and that the proposed redaction has a limited impact on information publicly available; and

5. That the Government has consulted with defense counsel and that defense counsel has no objections to the proposed redactions.

For these reasons, the Government respectfully requests the Court grant this motion to redact the alias from documents placed on the public docket.

Respectfully submitted,

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By: *s/ Elliott B. Daniels*
Elliott B. Daniels (#11931)
Elle E. Klein (#12941)
Assistant U.S. Attorneys
1441 Main Street, Suite 500
Columbia, SC 29201
Phone: 803-929-3000
Fax: 803-254-2912
Elliott.Daniels@usdoj.gov

November 19, 2021