IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No: 1:21-cr-00789 |
| **KELSEY LEIGH CURLES** | |

### Order Granting Motion to Redact Alias from Filed Documents

The Court has reviewed the Government's Motion to Redact Alias from Filed Documents and for the reasons stated therein, the Court finds that there is good cause to grant the requested relief. Therefore,

**IT IS ORDERED** that the alias now included in the Information, in other filed documents, and in other documents to be filed, including the arrest warrant return, shall be redacted in filings placed on the public docket.

_____
Shiva V. Hodges
UNITED STATES MAGISTRATE JUDGE

November 22, 2021

Columbia, South Carolina