AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

RECEIVED

2021 NOV 18  AM 10: 41

UNITED STATES MARSHALS
COLUMBIA, SC

| | |
|---|---|
| United States of America v. | ) ) ) ) ) ) |
| KELSEY LEIGH CURLES a/k/a "anonymoustoad" | |

Case No.   CR 1:21-789

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KELSEY LEIGH CURLES                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☑ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   Title 18, United States Code, Section 2261A(2)(A)
   Title 18, United States Code, Section 2261A(2)(B)

Date:   Nov. 18, 2021

s/Mary L. Floyd, Deputy Clerk
*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT

City and state:   Columbia, South Carolina

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* NOV 18 2021 , and the person was arrested on *(date)* 11/18/21 at *(city and state)* Columbia, SC . |
| Date: 11/18/21 |

FBI SA Januchowski
*Arresting officer's signature*

By: P. Schwartz, IA
*Printed name and title*