IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Criminal No.: 1:21-cr-789-MGL |
| KELSEY LEIGH CURLES, | ) |

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, by and through his undersigned counsel, who respectfully requests the Court continue the Pre Trial Conference scheduled in this matter for Tuesday, January 25, 2022. Defendant requests the Court continue the case to the next term of court. Assistant United States Attorney Elliott B. Daniels has been consulted, and he does not object to the motion.

Additional time is needed engage in discovery review with the Defendant. Defendant's undersigned counsel has been unable to visit the Defendant in the Barnwell Detention Center due to a positive COVID test. Further, additional discovery was only recently provided to the Defendant's undersigned counsel. Finally, a psychiatric evaluation of the Defendant was concluded this week, and Defendant's undersigned counsel needs time to review with Defendant.

Defense counsel represents to the Court that he has discussed this continuance with the defendant, her waiver of rights under the Speedy Trial Act, and she consents to a continuance. She has acknowledged that she understands the time occasioned by this delay shall be excluded from consideration under 18 U.S.C. §3161, et seq., The Speedy Trial Act.

1

Respectfully submitted,

s/Alexandre Thomas Postic
Alexandre Thomas Postic
Postic Law Firm, PA
Post Office Box 11926
Columbia, South Carolina 29211
alex@posticlawfirm.com
(803) 771-8081 Facsimile: (803) 771-4888

ATTORNEY FOR THE DEFENDANT
FEDERAL ID #: 6713

Columbia, South Carolina
January 20, 2022

I, Kelsey Leigh Curles, having discussed the foregoing Motion with my counsel, Alexandre Thomas Postic, do hereby agree and consent to the continuance of this case as stated above.

_____
Kelsey Leigh Curles

2