IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>)<br>)<br>KELSEY LEIGH CURLES, )<br>_____) | Criminal No.: 1:21-cr-789-MGL |

### MOTION FOR BOND

This matter comes before the Court upon the Motion of Defendant, Kelsey Leigh Curles, to schedule a detention hearing and set a bond in this matter.

Ms. Curles is charged on an Information charge of Cyberstalking. Ms. Curles self-surrendered on Thursday, November 18, 2021, and a detention hearing was scheduled for that afternoon. At that time, the Defendant waived her right to a detention hearing reserving the right to petition the Court at a later date. Ms. Curles is currently detained at the Barnwell County Detention Center.

Counsel respectfully requests a hearing be scheduled as soon as possible on the issue of detention and her pursuit of a bond.

Respectfully submitted,

s/Alexandre Thomas Postic
Alexandre Thomas Postic
Postic Law Firm, PA
Post Office Box 11926
Columbia, South Carolina 29211
alex@posticlawfirm.com
(803) 771-8081 Facsimile: (803) 771-4888

ATTORNEY FOR THE DEFENDANT
FEDERAL ID #: 6713

Columbia, South Carolina
January 28, 2022

1