IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 1:21-cr-789-MGL |
| vs. ) | |
| ) | |
| KELSEY LEIGH CURLES, ) | |
| _____) | |

## MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO SET BOND

**Overview**

Kelsey Leigh Curles is charged on an Information charge of Cyberstalking. Ms. Curles self-surrendered on Thursday, November 18, 2021, and a detention hearing was scheduled for that afternoon. At that time, the Defendant waived her right to a detention hearing reserving the right to petition the Court at a later date. Ms. Curles has been detained at the Barnwell County Detention Center since her self-surrender.

**Background**

Ms. Curles is a 21 Year Old young woman from Aiken, South Carolina.

**Argument**

In determining whether a defendant is eligible for pretrial release, a judge must consider the factors outlined in 18 U.S.C. § 3142(g).

**A. Nature and Circumstances of the Offense**

Ms. Curles is before the Court on one charge Cyberstalking (18 U.S.C. § 2261A(2)). In this case, the alleged Cyberstalking offense did not result in death of the victim, nor in permanent disfigurement or life threatening bodily injury to the victim, nor in serious bodily injury to the victim. There are no allegations that Ms. Curles used a dangerous weapon, and there are no allegations that the offense would constitute an offense under the sexual abuse chapter (18

1

U.S.C. § 109A). The lack of any aggravating factor puts Ms. Curles's Cyberstalking in the lowest penalty level (maximum term of imprisonment for not more than 5 years). Although the original target letter of November 8, 2021, indicated that Ms. Curles was under investigation for more serious charges of Murder For Hire and Solicitation To Commit A Crime Of Violence, she is before the Court for bond on the relatively lesser charge of Cyberstalking – a charge that is appropriate for pretrial release on bond.

### B. Weight of the Evidence Against the Person

The Government presents multiple discussions on the dark web from the end of August 2021 to October 2021. These discussions begin with Ms. Curles looking for someone to commit physical harm to the victim, but twice Ms. Curles looks to find someone to murder the victim and his wife. There are five dark web chats where Ms. Curles is interested in a beating, and there are two inquiries into murder. The Government presents evidence that Ms. Curles deposited a small amount of money into bitcoin and transferred it to a dark web entity in late September. This appears through the dark web chat to refer to an initial payment to have the victim beaten. The Government presents recorded conversations with an undercover agent from November 5, 2021, where Ms. Curles and the agent discuss her hiring someone to kill the victims. The conversations are all initiated by the agent who makes the call and appears to be pushing Ms. Curles for a definitive response. In these conversations, Ms. Curles displays a lot of hesitancy and ultimately tells the agent "I have made up my mind. I am probably not going to do it. It's not me. If I have a change of heart, I will hit you up." There is no subsequent activity from Ms. Curles.

### C. The History and Characteristics of the Person

Kelsey Leigh Curles was born on ███████████████, in Aiken, South Carolina. She graduated South Aiken High School in 2019. She was briefly in the United States Navy. Before her arrest, she has been employed with Door Dash, AG White Framing, and Batesville Tool & Dye. She has no criminal record. She has a close relationship with her family who all live in or near Aiken. She lives with her paternal grandmother Lisa Davis. (see Exhibit A: letters of support from friends and family).

As previously stated, Ms. Curles self-surrendered on Thursday, November 18, 2021. She has been cooperative with law enforcement agents throughout this process (e.g., giving consent

to have her phones searched on November 9, 2021). Ms. Curles has taken advantage of the educational and self-improvement courses offered in the Barnwell County Detention Center while incarcerated (see Exhibit B: partial list of participation in programs at Barnwell County Detention Center).

### D. Nature and Seriousness of the Danger to the Community

Ms. Curles poses no danger to the community. Dr. Amanda Salas has evaluated Ms. Curles and does not deem her to be a danger to the community nor a danger to herself (see Exhibit C: psychiatric report, Exhibit D. CV of Dr. Salas). Dr. Salas's evaluation concludes that Kelsey's mental state can be treated through therapy.

### Conclusion

For the foregoing reasons, the defendant Kelsey Curles respectfully requests that this Court set a reasonable bond in this matter. If she is released from custody, she will be better equipped to work on her emotional and psychological issues, and she will be more accessible to aid her undersigned attorney in her representation. Ms. Curles will abide by any conditions set by this Court and return at the call of Court.

Respectfully submitted,

s/Alexandre Thomas Postic
Alexandre Thomas Postic
Postic Law Firm, PA
Post Office Box 11926
Columbia, South Carolina 29211
alex@posticlawfirm.com
(803) 771-8081 Facsimile: (803) 771-4888

ATTORNEY FOR THE DEFENDANT
FEDERAL ID #: 6713

Columbia, South Carolina
February 22, 2022