January 11, 2022

Brenda Reed
215 Crestwood Drive
Aiken SC 29803
803-507-0104

To The Presiding Judge,

My Name is Brenda Reed a semi-retired Certified Health Safety Technical (CHST) in the Nuclear Industry and Kelsey's maternal grandmother. I have known Kelsey since birth, and she has spent a large proportion of her life with me. She is a very kind- and tender-hearted young lady with a love for her family.

She was very close to her "Great- Granny Dorothy" who was handicapped and lived with me in my home.. Kelsey was always kind and helpful to her, sitting in the room with her watching TV and listening to music with her along with helpful assists and lots of hugs.

Kelsey loves her little sister and wants to be a good role model for her. Kelsey also seeks a strong bond with her mother as she was born when her mother was 17 years old with no mother-father stability and a broken home intermittently through her life. Kelsey is also very smart and talented young lady. She has an amazing drawing ability that has never been acknowledge by her mother or father to pursue a career, but it has never stopped her from drawing since she was 4 yrs. old to present. Her favorite childhood characters have always been Beauty and The Beast with a strong love for Simba the baby cub.

Kelsey's love for animals is a true expression of her heart and would never hurt a soul. She recently lost her kitty, and she has cried and worried over her pet wondering what happened to her baby. She has grown up with Mr. Jinx , my 14-year-old cat most of her life, and she sees him like a brother so to speak. She concerned of his Kidney failure, and it saddens her along with concerned for my heart aching from his sickness. She has offered me money to buy his Prescription Renal Cat food because it's so expensive (with very little money of her own).

I speak with an innocence sense of maturity because that is who she is today always seeking love and acceptance. Kelsey has overcome some very hard situations growing up to date, trying to find her place in life and with whom. She has never been in trouble and has managed to graduate in effort to find her place in this world, it's obvious has been distracted along the way to get established.

Kelsey now speaks of getting her Free application for Student Aid Financial Aid (FASFA) turned in to enroll in college along with getting back to work. She deserves the opportunity to come home and be with her family, so she can start the healing process along with being loved and mentored to help focus on becoming a productive member to society.

Sincerely yours,

Brenda G Reed
*Brenda A Reed* (signature)

Notary *Eric L. Sargent* (signature)   1-11-22
My Commission Expires 9/7/2022

To Whom It May Concern:

I have known Kelsey since our freshman year of high school.
I know her to be kind-hearted and gentle and have never witnessed her to be harmful or violent.
She has always been good company and we have dated.
I truly believe that release back into society will pose no harm or problems.

Thank you for your consideration.

Joseph DeKimpe

*Joseph DeKimpe* (signature)

[Notary Seal: CAITLIN RICHARDSON, NOTARY PUBLIC, STATE OF SOUTH CAROLINA, My Commission Expires 03-20-2028]

*(notary signature)*

Mail body: Fwd:

---------- Forwarded message ---------
From: Sara Rhinehart <rhnejrts1999@gmail.com>
Date: Tue, Dec 7, 2021, 3:20 PM
Subject:
To: ksc58smth@gmail.com <ksc58smth@gmail.com>

To whom it may concern,
I Sara Rhinehart, have known Kelsey Curles since 10th grade 2016. As long as I have known her She has been a considerate and compassionate friend. She has a very open and generous heart and has never shown violent tendencies towards anyone in my presence even when she didn't care for a person, she was still respectful towards them and their emotions. Even though she hit a rough spot in life and made a irrational decision but that decision doesn't depicte her personality that I have learned is hers over the years. The fact that she always been strong and determined makes me believe she can overcome the issue she facing with confidence. I state that all information listed above is true according to what I believe to be her personality over the last five years and counting. I hope this information was helpful sincerely. Sara Rhinehart

*Sara Rhinehart*
*Sara Rhinehart*

MY COMMISSION EXPIRES FEBRUARY 17 2031

*Vidain Curry*