## Alex Postic

| | |
|---|---|
| From: | PathwayToAchieve@PayTel.com |
| Sent: | Tuesday, January 25, 2022 1:44 PM |
| To: | user . |
| Subject: | My Certificates - 10594308 |

This email is being sent at the request of an inmate who is participating in educational and self-improvement courses while incarcerated.

Follow the link(s) to view a copy of the certificate(s) earned.

**Inmate Name:** KELSEY CURLES

**Inmate ID:** 10594308

**Facility Name:** Barnwell County Detention Center

**Click on the Download link(s) to view the certificates:**

| | |
|---|---|
| 12 Steps to Recovery: Introduction | Download |
| 12 Steps to Recovery: Part One | Download |
| 12 Steps to Recovery: Part Two | Download |
| 5 Questions Every 24/7 Dad Asks | Download |
| ALCOHOL: A Women's Health Issue | Download |
| Adaptability: Why it matters and how to develop it | Download |
| Aggression Management | Download |
| Anger Management and Cognitive Behavioral Therapy | Download |
| Basic Math: Unit 1 - Whole Numbers | Download |
| Basic Math: Unit 2 - Fractions and Mixed Numbers | Download |
| Basic Math: Unit 3 - Decimals | Download |
| Basic Writing: Unit 2 - Paragraph Writing | Download |
| Basic Writing: Unit 3 - Effective Sentences | Download |
| Basic Writing: Unit 4 - Introduction to Referencing Materials | Download |
| Basic Writing: Unit 5 - Essay Writing | Download |
| Being an Involved Father: It's Easier Than You Think | Download |
| Benefits of Going to the Doctor | Download |
| Beyond Hangovers | Download |
| Blueprint for Success in College and Career: Unit 1 | Download |
| Blueprint for Success in College and Career: Units 10 & 11 | Download |
| Blueprint for Success in College and Career: Units 2 & 3 | Download |
| Blueprint for Success in College and Career: Units 4-6 & 8 | Download |
| Blueprint for Success in College: Career Decision Making | Download |
| Bottom-Line Reasons to Hire the Formerly Incarcerated | Download |

| | |
|---|---|
| COMPASS – FINANCES GOD'S WAY™. Chapter 1 | Download |
| COMPASS – FINANCES GOD'S WAY™. Chapter 2 | Download |
| COMPASS – FINANCES GOD'S WAY™. Chapter 3 | Download |
| COMPASS – FINANCES GOD'S WAY™. Chapter 4 | Download |
| COMPASS – FINANCES GOD'S WAY™. Chapter 5 | Download |
| Career Interest Survey | Download |
| Changing a Child Support Order | Download |
| Chasing the Dragon: The Opioid Epidemic | Download |
| Child Support Enforcement | Download |
| Choosing a College: Questions to Ask | Download |
| Civics and Government: Lesson 1- Modern and Historical Governments | Download |
| Civics and Government: Lesson 2- American Constitutional Democracy | Download |
| Civics and Government: Lesson 3- Structure and Design of United States Government | Download |
| Co-Parenting Training | Download |
| Cognitive Behavioral Therapy | Download |
| Cognitive Behavioral Therapy: Introduction | Download |
| College Mathematics for Everyday Life - Chapters 1 & 2 | Download |
| College Mathematics for Everyday Life - Chapters 3 & 4 | Download |
| College Mathematics for Everyday Life - Chapters 5 & 6 | Download |
| College Mathematics for Everyday Life - Chapters 9 & 10 | Download |
| Communicating With Excellence | Download |
| Comorbidity: Substance Use Disorders and Other Mental Illnesses | Download |
| Compass – FINANCES GOD'S WAY™ | Download |
| Comprender el TDAH | Download |
| Comprender el Trastorno Bipolar | Download |
| Comprender el trastorno de estrés postraumático (TEPT) | Download |
| Comprender el trastorno de obsesivo compulsivo (TOC) | Download |
| Comprender el trastorno límite de la personalidad | Download |
| Comprender el trastornos del espectro autista | Download |
| Comprender la depresión con enfermedades crónicas | Download |
| Comprender la depresión en adultos mayores | Download |
| Comprender la depresión en los hombres | Download |
| Comprender los trastornos alimentarios | Download |
| Comprender los trastornos de ansiedad | Download |
| Concrete: Composition & Mixing | Download |
| Concrete: Constructing Forms & Curing | Download |
| Conflict Management | Download |
| Consejos de Comunicación para Familias | Download |
| Consumer Education: Unit 1 - Getting a Job or Furthering Your Education | Download |
| Consumer Education: Unit 2 - Taxes | Download |
| Consumer Education: Unit 4 - Transportation | Download |
| Consumer Education: Unit 5 - Investing | Download |

| | |
|---|---|
| Consumer Protection and Decision Making: Lesson 2 - Comparison Shopping | Download |
| Consumer Protection and Decision Making: Lesson 3 - Deception and Fraud | Download |
| Consumer Protection and Decision Making: Lesson 4 - Rights and Responsibilities | Download |
| Consumer Protection and Decision Making: Lesson 5 - Resolving a Consumer Complaint | Download |
| Coping with Stress | Download |
| Credit Scores | Download |
| DEA Drug Facts: Depressants | Download |
| DEA Drug Facts: Drugs of Concern and Designer Drugs | Download |
| DEA Drug Facts: Hallucinogens | Download |
| DEA Drug Facts: Marijuana/Cannabis | Download |
| DEA Drug Facts: Narcotics | Download |
| DEA Drug Facts: Steroids and Inhalants | Download |
| DOMESTIC VIOLENCE - Finding Safety & Support | Download |
| Decisions in Treating Opioid Use Disorder | Download |
| Depression: What You Need To Know | Download |
| Developing Empathy: Creating the Human Connection | Download |
| Developing Initiative: A Key Attitude for Personal Effectiveness | Download |
| Diabetes: A Disease of Obesity and Insulin | Download |
| Diesel Engines: Air Intake System & Battery | Download |
| Diesel Engines: Cooling System | Download |
| Diesel Engines: Fuel System | Download |
| Diesel Engines: Lubrication System | Download |
| Diesel Engines: Valves & Cylinder Heads | Download |
| Discipline For Fathers | Download |
| Domestic Violence | Download |
| Drug Use and Viral Infections: HIV & Hepatitis | Download |
| Drugged Driving | Download |
| Earth and Space Science: Lesson 1 - Energy in the Earth System | Download |
| Earth and Space Science: Lesson 2 - Evolution of the Earth System | Download |
| Earth and Space Science: Lesson 3 - Origin and Evolution of the Universe | Download |
| Earth and Space Science: Lesson 4 - Preservation of the Earth and its Resources | Download |
| Efectos a la salud de las drogas sintéticas | Download |
| Efectos a la salud por fentanilo | Download |
| Efectos en la Salud de MDMA (éxtasis/molly) | Download |
| Efectos en la salud de Kratom | Download |
| Efectos en la salud de los alucinógenos | Download |
| Efectos en la salud de los medicamentos recetados | Download |
| Efectos en la salud por metanfetamina | Download |
| Efectos sobre la salud de los esteroides anabólicos | Download |
| Effective Sentences: Lesson 1- Word Choice | Download |
| Effective Sentences: Lesson 2- Sentence Variety | Download |
| Effective Sentences: Lesson 3- Sentence Clarity | Download |

| | |
|---|---|
| Effective Sentences: Lesson 4- Revising and Editing | Download |
| Effective and Professional Communication in the Workplace | Download |
| El consumo de drogas y las infecciones virales: VIH y hepatitis | Download |
| Electrical Fundamentals Competency E- 3 - Explain Wiring Connections | Download |
| Electrical Fundamentals Competency E-4 – Use Multimeters | Download |
| Employability Skills B-1 Apply Study and Learning Skills | Download |
| Employability Skills B-2 Describe Expectations and Responsibilities of Employers and Employees | Download |
| Employability Skills B-3 Use Interpersonal Communication Skills | Download |
| Enfoques de tratamiento para la adicción de drogas | Download |
| Entender el suicidio | Download |
| Entender la esquizofrenia | Download |
| Entendiendo el uso de drogas y la adicción | Download |
| Exploring Careers: Architecture & Construction | Download |
| Exploring Careers: Arts, A/V Technology & Communication | Download |
| Exploring Careers: Business Management and Administration | Download |
| Exploring Careers: Education & Training | Download |
| Exploring Careers: Finance | Download |
| Exploring Careers: Government and Public Administration | Download |
| Exploring Careers: Health Science | Download |
| Exploring Careers: Hospitality & Tourism | Download |
| Exploring Careers: Human Services | Download |
| Exploring Careers: Information Technology | Download |
| Exploring Careers: Marketing | Download |
| Exploring Careers: Science, Technology, Engineering, & Mathematics | Download |
| Exploring Careers: Transportation, Distribution & Logistics | Download |
| Faces of Change: Do I have a problem with alcohol or drugs? | Download |
| Fatherhood Changes Everything: Be a Present Father | Download |
| Financial Literacy: Credit & Loans | Download |
| Financial Literacy: Getting Started | Download |
| Financial Literacy: Homeownership | Download |
| Financial Literacy: Insurance | Download |
| Financial Literacy: Personal Finance Basics | Download |
| Financial Literacy: Taxes & Paychecks | Download |
| Formulas for Career Success: After the Interview | Download |
| Formulas for Career Success: Cover Letters | Download |
| Formulas for Career Success: Financial Aid | Download |
| Formulas for Career Success: Higher Learning | Download |
| Formulas for Career Success: Interview Preparation | Download |
| Formulas for Career Success: Interviews | Download |
| Formulas for Career Success: Job Application | Download |
| Formulas for Career Success: Job Search | Download |
| Formulas for Career Success: Résumé | Download |

| Title | |
|---|---|
| Formulas for Career Success: The Interview Process | Download |
| Fundamental Economic Concepts: Lesson 1 | Download |
| Fundamental Economic Concepts: Lesson 2 - Microeconomics and Macroeconomics | Download |
| Fundamental Economic Concepts: Lesson 3 - Economic Events That Have Shaped American Government and Policies | Download |
| Fundamental Economic Concepts: Lesson 4 - Consumer Education | Download |
| Fundamental Mathematics Book 1 - Unit 2: Addition | Download |
| Fundamental Mathematics Book 1 - Unit 3: Subtraction | Download |
| Fundamental Mathematics Book 1 – Unit 4: Estimating, Time & Shapes | Download |
| Fundamental Mathematics Book 2 - Unit 1: Number Sense | Download |
| Fundamental Mathematics Book 2 - Unit 2: Addition | Download |
| Fundamental Mathematics Book 2 - Unit 3: Subtraction | Download |
| Fundamental Mathematics Book 2 - Unit 5: Part 1 Making Change and Time | Download |
| Fundamental Mathematics Book 3 – Unit 4: Change, Time and the Metric System | Download |
| Fundamental Mathematics Book 4 – Units 2 & 3: Adding, Subtracting and Multiplying Decimals | Download |
| Geography And The World: Lesson 1 - Development of Classical Civilizations | Download |
| Geography And The World: Lesson 2 - Relationship Between the Environment and Societal Development | Download |
| Geography And The World: Lesson 3 - Borders Between People and Nations | Download |
| Getting a Job: Navigating Job Applications | Download |
| Getting a Job: References, Portfolios and Work Samples | Download |
| Getting a Job: Resumes and Cover Letters | Download |
| Graphics and Electronic Texts: Lesson 1 - Reading Graphics with Understanding | Download |
| Graphics and Electronic Texts: Lesson 2 - Reading Electronic Texts | Download |
| Guide for Incarcerated Parents – Who Have Children in the Child Welfare System | Download |
| Guide to Successful Reentry | Download |
| Hand Tool Identification & Terminology I | Download |
| Hand Tool Identification & Terminology II | Download |
| Hand Tool Identification & Terminology III | Download |
| Health Effects of Cigarettes and E-Cigarettes | Download |
| Health Effects of Cocaine | Download |
| Health Effects of Hallucinogens | Download |
| Health Effects of Heroin | Download |
| Hot Topics: Addiction | Download |
| How To Be Okay | Download |
| How to Boost Self-Awareness | Download |
| How to Cope with a Dysfunctional Family | Download |
| How to Develop a Strong Internal Locus of Control | Download |
| How to Improve Reasoning Skills | Download |
| How to Prioritize Fun for Improved Mental Health | Download |
| Identity Theft: Recovery Plan | Download |
| Importance of Work Ethic | Download |

| Title | |
|---|---|
| In-The-Moment Strategies for Self-Control | Download |
| Installation: Door and Window Hardware | Download |
| Installation: Doors & Windows | Download |
| Installation: Foundation and Sub-Flooring | Download |
| Installation: Framing | Download |
| Installation: Plumbing Equipment and Fixtures | Download |
| Installation: Roofing | Download |
| Interacciones Dañinas | Download |
| Intermediate English as a Second Language | Download |
| Internet Explorer Basics | Download |
| Intro to Geometry: Lesson 1- Points, Lines, Planes & Angles | Download |
| Intro to Geometry: Lesson 2- Classifying Triangles and the Pythagorean Theorem | Download |
| Intro to Geometry: Lesson 3- Classifying Quadrilaterals | Download |
| Intro to Geometry: Lesson 5- Perimeter and Area of Polygons | Download |
| Intro to Real Numbers: Lesson 2 - Addition with Integers | Download |
| Introduction to Computer Science 101 - Unit 2: Object-Oriented Programming | Download |
| Introduction to Computers | Download |
| Introduction to Material Handling | Download |
| Introduction to Real Numbers: Lesson 1 – Integers | Download |
| Investing: Lesson 1 - Life Insurance | Download |
| Investing: Lesson 2 – Stocks | Download |
| Investing: Lesson 3 - Mutual Funds | Download |
| Investing: Lesson 4 - Investing in Bonds | Download |
| Investing: Lesson 5 - Retirement Plans | Download |
| La depresión: Lo que usted debe saber | Download |
| Large Power Tool Safety Operation and Identification | Download |
| Large Wood Power Tools I: Safety, Operations & ID | Download |
| Letting Go of Anger | Download |
| Life Science: Lesson 1 - The Human Body | Download |
| Lifelong Learning | Download |
| Make A Difference | Download |
| Managing Diversity | Download |
| McShin Foundation CARE Talks: Alisa Gregory | Download |
| McShin Foundation: Get In The Herd After Hours with Alex Bond & Guest Tyler Thompson & Luke Durbin | Download |
| McShin Foundation: Get In The Herd Podcast with Alex Bond and Nathan Mitchell & Guests Jamie Christopher Baker | Download |
| McShin Foundation: Get In The Herd Podcast with Alex, Brian, and James | Download |
| McShin Foundation: Get In The Herd with John Shinholser, Nathan Mitchell, & Special Guest Paul Kalchbrenner | Download |
| McShin Foundation: Intake Process Tutorial | Download |
| McShin Foundation: Jesse Wysocki's Recovery Group | Download |

| | |
|---|---|
| McShin Foundation: Project Inside Hope: Episode 2 | Download |
| Medicare & Your Mental Health Benefits | Download |
| Mental Health: ADHD | Download |
| Mental Health: Anosognosia | Download |
| Mental Health: Anxiety Disorder | Download |
| Mental Health: Bipolar Disorder | Download |
| Mental Health: Borderline Personality Disorder | Download |
| Mental Health: Depression | Download |
| Mental Health: Dissociative Disorder | Download |
| Mental Health: Dual Diagnosis | Download |
| Mental Health: Eating Disorders | Download |
| Mental Health: Major Depressive Disorder | Download |
| Mental Health: Obsessive Compulsive Disorder (OCD) | Download |
| Mental Health: PTSD | Download |
| Mental Health: Psychosis | Download |
| Mental Health: Schizoaffective Disorder | Download |
| Mental Health: Schizophrenia | Download |
| Mental Health: Self-Harm | Download |
| Mental Health: Sleep Disorders | Download |
| Mental Health: Suicide | Download |
| Mental Health: Talking with a Health Care Provider | Download |
| Mental Health: You and Your Community | Download |
| Microsoft PowerPoint 2010 Basics | Download |
| Microsoft: Windows 7 Basics | Download |
| Multiple Pathways of Recovery - A Guide for Individuals and Families | Download |
| NSE Foundation: Hang in There | Download |
| Narcotics Anonymous: A Quick Review | Download |
| Narcotics Anonymous: An Introductory Guide | Download |
| Parenting While Incarcerated - Lesson 7. Benefits of Maintaining Communication | Download |
| Parenting While Incarcerated - Lesson 8. Communication with Caregivers | Download |
| Welding Inspection and Testing | Download |
| Women for Sobriety: Levels of Recovery | Download |
| Women's Health: Part 2 - Stay Healthy, Stay Safe | Download |
| Women's Health: Part 1 - Healthy At All Ages | Download |
| Workplace Etiquette | Download |
| Worth and Wellness Life Skills | Download |

To stop receiving this email, you may unsubscribe now.

*Note: Once unsubscribed, you will stop receiving the transcript and certificate notification emails.*