# Amanda B. Salas, M.D.

Palmetto Center of Psychiatry
32 Newpoint Road
Beaufort, SC 29907

Preferred Contact Information: (803)422-3388
absalasmd@gmail.com

## LICENSURE
State Board of Medical Examiners of South Carolina
State of Georgia Composite Board of Medical Examiners

## BOARD CERTIFICATION
The American Board of Psychiatry and Neurology, Diplomate in Psychiatry
The American Board of Psychiatry and Neurology, Diplomate in Child and Adolescent Psychiatry
The American Board of Psychiatry and Neurology, Diplomate in Forensic Psychiatry

## EXPERT QUALIFICATIONS
Dr. Salas has been qualified as an expert in Forensic Psychiatry and Child and Adolescent Psychiatry in the SC Court of General Sessions, Family Court and Probate Courts; and, GA Court of General Sessions. She has given deposition testimony in Federal Court. Some of Dr. Salas' areas of experience and expertise include review of child forensic interviewing techniques, developmental aspects of memory in children, reliability and suggestibility of children's statements, and juvenile waivers to adult court. She has experience in retrospective reviews of confessions as it pertains to reliability and voluntariness of the given confession. In addition, she has extensive experience in competency and criminal responsibility evaluations of youths and adults.

## EDUCATION/TRAINING
| | |
|---|---|
| 07/01/09 – 06/30/10 | Fellow of Forensic Psychiatry, Palmetto Health, Columbia, SC |
| 07/01/06 – 06/30/08 | Resident of Child, Adolescent and Family Psychiatry, Medical College of Georgia, Augusta, GA |
| 07/01/04 – 06/30/06 | Resident of Psychiatry and Health Behavior, Medical College of Georgia, Augusta, GA |
| 07/01/03 – 06/30/04 | Intern of Psychiatry and Health Behavior, Medical College of Georgia, Augusta, GA |
| 08/1999 – 05/2003 | M.D., University of South Carolina School of Medicine, Columbia, SC |
| 08/1994 – 05/1998 | B.S. with Honors in Biology, *cum laude*, Presbyterian College, Clinton, SC |

## WORK EXPERIENCE
| | |
|---|---|
| 03/20/18 – present | Staff Psychiatrist, Rural Health Services, Aiken |
| 08/12/13 – present | Staff Psychiatrist, Behavioral Health Center, Self Regional Healthcare, Greenwood |
| 09/2013 – present | Medical Provider, BHG – Aiken Treatment Specialists, Aiken |
| 09/01/10 – present | Medical Director, Palmetto Center of Psychiatry, Beaufort |
| 05/2013 – 10/2020 | Attending Psychiatrist, Colleton Medical Center, Walterboro |
| 05/2012 – 2017 | Psychiatrist, Locum Tenens, at various mental health centers and hospitals in SC |
| 07/2012 – 06/2014 | Contract Psychiatrist, Wright Directions Family Services, Ridgeland |
| 09/2012 – 02/2013 | Psychiatrist, Beaufort-Jasper-Hampton Comprehensive Health Services, Beaufort |
| 12/01/04 – 01/2013 | Psychiatrist, Department of Mental Health, Columbia |
| 07/05/10 – 07/04/12 | Psychiatrist, Beaufort Memorial Hospital, Beaufort |
| 12/01/09 – 06/30/12 | Contract Psychiatrist, Three Rivers Behavioral Health, West Columbia |
| 10/01/05 – 12/31/10 | Psychiatrist, Self Regional Healthcare, Greenwood |
| 07/2006 – 06/2008 | Contract Psychiatrist, Department of Veterans Affairs, Augusta, GA |
| 10/2004 – 06/2006 | Contract Psychiatrist, East Central Regional Hospital, Augusta, GA |

## LEADERSHIP
| | |
|---|---|
| 11/01/19 – present | Medical Director, Behavioral Health Group – Aiken Treatment Specialists, Aiken |
| 03/20/2018 – present | Director of Behavioral Health Services, Rural Health Services, Aiken |
| 08/12/13 – 04/30/19 | Medical Director, Behavioral Health Center, Self Regional Healthcare, Greenwood |

Amanda B. Salas, M.D.
Page 2 of 3

## ACADEMIC POSITIONS
June 2013 – May 2020  Clinical Assistant Professor, Dept of Psychiatry and Behavioral Sciences, MUSC
April 2012 – 2013     Adjunct Assistant Professor, A.T. Still University School of Osteopathic Medicine

## ACTIVITIES/COMMITTEE PARTICIPATION
Strategy and Innovations Subcommittee of MEC, May 2016 – April 2019
Medical Executive Committee (MEC), Self Regional Healthcare, November 2015 – April 2019
Lowcountry Autism Foundation, Board of Directors, November 2011 – June 2014
Medical Staff Performance Improvement Committee, Member, November 2011 – July 2012
Resident Representative to the AACAP Resident's Committee, July 2007 – June 2008
Medical College of Georgia Health Inc. Ethics Committee, October 2003 – June 2008
Educational Advisory Committee, Resident Representative, July 2003 – June 2008
Residency Education Committee, Resident Representative, July 2003 – June 2008
Psychiatry Interest Group, Resident Leader, July 2003 – June 2008

## PROFESSIONAL SOCIETIES/MEMBERSHIPS
American Psychiatric Association
American Academy of Psychiatry and the Law
American Academy of Child and Adolescent Psychiatry
American Medical Association

## HONORS and AWARDS
2012     Nominee by SC State Senator Tom Davis to the SC Governor's Board for Mental Health
2006-08  CHILD PRITE Fellow, The American College of Psychiatrists
2007-08  Chief Resident of Child, Adolescent and Family Psychiatry, Medical College of Georgia
2005-06  Chief Resident for Department of Psychiatry, Medical College of Georgia
2006     Nominated for Medical College of Georgia Resident of the Year Award
2005     AACAP Travel Grant Awardee
2004     E. J. McCranie Outstanding Performance in Psychiatry Internship Year

## PUBLICATIONS
Rausch JL, Johnson ME, Li J, Hutcheson J, Carr BM, Corley KM, Gowans AB, et al.: Serotonin transport kinetics correlated between human platelets and brain synaptosomes. Psychopharmacology. 2005 Jul;180(3):391-8.

Buckley PF, Gowans A, et al.: The boundaries of schizophrenia: overlap with bipolar disorder. Curr Psychosis Therapeut Rep 2004, 2:49-56.

## PRESENTATIONS
*Mental Capacity, Judicial Competency: analyzing factors by which a patient makes decisions for oneself.* Presented at meeting of the SC Association of Probate Judges on February 20, 2020.

*Grappling with Mental Health Care: Practical Implications of Access to Care in South Carolina.* Presented at the SC Association of Probate Judges Fall Meeting on October 2, 2017.

*Reversing the 1944 Judicial Lynching of a 14 year-old Boy.* Presented with David Rosmarin, MD and Ezra Griffith, MD for Peer Review at the American Academy of Psychiatry and the Law on October 29, 2016.

*The Art and Science of Addiction and the Treatment of Alcohol, Sedative/Hypnotics, and and Opioid Use Disorders.* Presented to the Department of Family Medicine at Self Regional Healthcare on March 10, 2016.

*Identifying the Beast – Overlapping and Discriminating Boundaries of Bipolar, ADHD, and Borderline Disorders.* Presented at the Festival of Flowers Medical Symposium, June 2015.

*Practical Outpatient Psychopharmacology.* Presented to the Department of Family Medicine at Self Regional Healthcare on May 18, 2015.

*Suicide Prevention in Jails.* Presented to Staff at the Beaufort County Detention Center for Inservice Training November 2011, August 2012, May 2013, and May 2014.

*A Focus on Case Laws and the Juvenile Death Penalty in Clarendon County.* Presented to Department of Psychiatry and Health Behavior at Palmetto Health/University of SC School of Medicine on June 4, 2010.

*Evaluation and Treatment of Pediatric Depression and Anxiety Disorders.* Presented to Family Medicine Residents at Self Regional Healthcare on November 20, 2008.

*Clinical Impact of Prenatal Alcohol Exposure on ADHD.* Presented to Department of Psychiatry, Grand Rounds, Medical College of GA on February 14, 2008.

*Anxiety Disorders in the School Environment.* Presented to Sandhills Psychoeducation School, Augusta, GA on January 16, 2008.

*Treatment Considerations for Managing Depression and Anxiety in Children and Adolescents.* Presented to Department of Family Medicine, Medical College of GA on August 29, 2007.

Gowans AB et al.: *A Resident Forum on the Use of Second Generation Antipsychotics in Bipolar Disorder: Does Clinical Practice Reflect Clinical Research?* Presented at the 58th Institute on Psychiatric Services, Oct 5-8, 2006.

*The Mental Status Examination:* This 90 minute interactive lecture is presented every 6 weeks to 3rd year medical students beginning their psychiatry clerkship. June 2005 – August 2006.

*The Mental Status Examination.* Led in-service training to nursing and other clinical staff at the Augusta State Medical Prison, March 29, 2005.