IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 1:21-cr-00789 |
| v. | |
| **KELSEY LEIGH CURLES** | |

### Motion to Redact from Filed Documents

The Defendant, by and through the undersigned counsel, hereby moves this Court or an Order Redacting the following from the Defendant's Memorandum in Support of Bond filed on the public docket on February 22, 2022:

a. The Defendant's Date of Birth;

b. Information that identifies the Victim;

In support of that request, the Defendant would make the following showing:

1. That on November 19, 2021 Curles was charged by way of Information with Stalking in violation of Title 18, United States Code, Section 2261A(2)(A) and (B).

2. That the Court has inherent powers to seal documents filed on the public docket or take more measured approaches where appropriate. See *Baltimore Sun v. Goetz*, 886 F. 2d 60 (4th Cir. 1988); *Media General Operations, Inc. v. Buchanan*, 417 F.3d 424 (4th Cir. 2005); *In re Application of the United States for an Order Pursuant to 18 U.S.C. § 2703(d)*, 707 F.3d 283, 292-95 (4th Cir. 2013);

3. That the proposed redactions are narrowly tailored to preserve the privacy of the parties, and that the proposed redactions have a limited impact on information publicly available;

4. That defense counsel has consulted with the Government and that the Government has no objections to the proposed redactions.

1

2

For these reasons, the defense counsel respectfully requests the Court grant this motion to redact the alias from documents placed on the public docket.

Respectfully submitted.

s/Alexandre Thomas Postic
Alexandre Thomas Postic
Postic Law Firm, PA
Post Office Box 11926
Columbia, South Carolina 29211
alex@posticlawfirm.com
(803) 771-8081 Facsimile: (803) 771-4888

ATTORNEY FOR THE DEFENDANT
FEDERAL ID #: 6713

February 23, 2022

2