IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.:  1:21-cr-789-MGL |
| vs. ) | |
| ) | |
| KELSEY LEIGH CURLES, ) | |
| ) | |

### Order Granting Motion to Redact From Filed Documents

This matter comes before the Court upon the Motion of Defendant, Kelsey Leigh Curles, to redact Defendant's Memorandum in Support of Bond filed on February 22, 2022, and for the reasons stated therein, the Court finds that there is good cause to grant the requested relief. Therefore,

IT IS ORDERED that the Defendant's Date of Birth and any information that identifies the victim in the filed document shall be redacted in filings placed on the public docket.



Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

February ____, 2022

1