AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>KELSEY LEIGH CURLES<br>*Defendant* | ) ) ) ) )  Case No. 1:21-789 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __March 24, 2022__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Alex Postic, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Mary Geiger Lewis, United States District Judge
*Judge's printed name and title*