IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

**UNITED STATES OF AMERICA**

**VS**  CR NO. <u>1:21-789</u>

**KELSEY LEIGH CURLES**

# PLEA

The defendant, <u>**KELSEY LEIGH CURLES**</u>, having withdrawn her plea of Not Guilty entered November 18, 2021, pleads **GUILTY** to Count **1** of the **Information** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
March 24, 2022