IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:21-cr-789-MGL |
| vs. ) | |
| ) | |
| KELSEY LEIGH CURLES, ) | |
| ) | |

## NOTICE OF REQUEST FOR PROTECTION FOR COURT APPEARANCES

Counsel for Defendant Kelsey Leigh Curles hereby respectfully requests protection from Court appearances from July 18, 2022 through July 29, 2022. Counsel has planned to be on prepaid family vacation during this time period.

Respectfully submitted,

s/Alexandre Thomas Postic
Alexandre Thomas Postic
Postic Law Firm, PA
Post Office Box 11926
Columbia, South Carolina 29211
alex@posticlawfirm.com
(803) 771-8081 Facsimile: (803) 771-4888

ATTORNEY FOR THE DEFENDANT
FEDERAL ID #: 6713

Columbia, South Carolina
June 29, 2022

1