# IN THE DISTRICT COURT OF THE UNITED STATES

# FOR THE DISTRICT OF SOUTH CAROLINA

# AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr No. 1:21-789 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KELSEY LEIGH CURLES | ) | |
| | ) | |
| _____ | ) | |

   The Clerk of Court is hereby authorized to return all exhibits to the parties introducing them,

   IT IS FURTHER ORDERED that the parties are to maintain the exhibits intact as returned until the time of filing an appeal has expired.

   AND IT IS SO ORDERED.

PAIGE J. GOSSETT
UNITED STATES MAGISTRATE JUDGE

August 18, 2022
Columbia, South Carolina