IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

UNITED STATES OF AMERICA

CR No.  1:21-789

vs.

**ORDER**

KELSEY LEIGH CURLES

The Court having sentenced the defendant in the above-referenced criminal case,

IT IS ORDERED that the Clerk of Court is hereby authorized to return all exhibits to the parties introducing them.  The parties are to maintain the exhibits intact as returned until the Appeal time has expired.

AND IT IS SO ORDERED.

MARY GEIGER LEWIS,
UNITED STATES DISTRICT JUDGE

January 19, 2023
Columbia, South Carolina