IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

United States of America,

CR No. 1:21-789

vs.

Kelsey Leigh Curles,

Defendant.

## RECEIPT - GOVERNMENT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits:

1

January 19, 2023

_____
Attorney for Government