IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

**UNITED STATES OF AMERICA**     )
                                                                      )     Cr. No.1:21-789
                                                                      )
            vs.                         )
                                                                      )

**KELSEY LEIGH CURLES**

## RECEIPT - GOVERNMENT'S EXHIBITS

I hereby acknowledge receipt of the exhibits introduced by my party during the detention hearing.

11.8.23 ~~,2022~~

_____
Attorney for Government

## RECEIPT - DEFENDANT'S EXHIBITS

I hereby acknowledge receipt of all exhibits introduced by my party during the detention hearing.

_____, 2022

_____
Attorney for Defendant